**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Hun Chong Park                                CASE NO.: 20−12703−cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER:  13
xxx−xx−0662

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 13 case.

Hun Chong Park was dismissed from the case on January 27, 2021 .

Dated: January 27, 2021                               Vito Genna
                                                      Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 20-12703-cgm |
| Hun Chong Park | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: | Page 1 of 2 |
| Date Rcvd: Jan 27, 2021 | Form ID: 131 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hun Chong Park, 237 W 35th Street, Suite #701, New York, NY 10001-1952 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7789362 | + | ACI LAW GROUP, PC, 6 CENTERPOINTE DR., SUITE 630, LA PALMA, CA 90623-2585 |
| 7789363 | | BANK OF AMERICA, ATTN: BANKRUPTCY, NC4-105-03-14 POB 26012, GREENSBORO, NC 27420 |
| 7789364 | + | BANK OF AMERICA, PO BOX 45144, JACKSONVILLE, FL 32232-5144 |
| 7789365 | + | CF2 CO., LTD, C/O JUNG & ASSOCIATES, P.C., 470 PARK AVENUE SOUTH SUITE 7N, NEW YORK, NY 10016-6951 |
| 7795644 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 7789370 | + | JUNG & ASSOCIATES, P.C., 470 PARK AVENUE SOUTH SUITE 7N, NEW YORK, NY 10016-6951 |
| 7789371 | + | LAZARUS & LAZARUS, P.C., 240 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10016-2831 |
| 7789372 | + | MAX SPORTS ENTERPRISE INC., 237 W 35TH STREET, SUITE #701, NEW YORK, NY 10001-1952 |
| 7789373 | + | MERIDIAN GLOBAL CO., LTD., C/O ACI LAW GROUP, P.C., 6 CENTERPOINTE DR., SUITE 630, LA PALMA, CA 90623-2585 |
| 7789374 | + | ONE STEP UP, LTD., 1412 BROADWAY, 3RD FLOOR, NEW YORK, NY 10018-3372 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 27 2021 19:29:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 7793715 | | EDI: BANKAMER.COM | Jan 28 2021 00:28:00 | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 7789367 | + | EDI: CHASEAUTO | Jan 28 2021 00:28:00 | CHASE AUTO FINANCE, 900 STEWART AVE, GARDEN CITY, NY 11530-4891 |
| 7789366 | + | EDI: CHASEAUTO | Jan 28 2021 00:28:00 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 901076, FORT WORTH, TX 76101-2076 |
| 7789368 | | EDI: JPMORGANCHASE | Jan 28 2021 00:28:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 7789369 | | EDI: JPMORGANCHASE | Jan 28 2021 00:28:00 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 7794956 | | EDI: CHASEAUTO | Jan 28 2021 00:28:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 7790543 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 27 2021 19:29:00 | New York State Department of Taxation & Finance, Bankruptcy Section, PO Box 5300, Albany, New York 12205-0300 |
| 7794288 | | EDI: USBANKARS.COM | Jan 28 2021 00:28:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7795647 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 7796480 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hong Keun Jung | on behalf of Creditor CF2 CO., LTD hjung@crystallaw.com |
| John C. Kim | on behalf of Debtor Hun Chong Park john@jcklaw.com steve@jcklaw.com;r43428@notify.bestcase.com |
| Krista M. Preuss | info@ch13kp.com kpreuss13@ecf.epiqsystems.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 4